UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RONALD MAZZAFERRO, pro se,<br><br>            Petitioner,<br><br>      vs.<br><br>UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, and MARY C. ROWLAND, Revenue Agent,<br><br>            Respondents. | Case No:  C 10-80186-MISC SBA<br><br>**ORDER GRANTING PETITIONER'S REQUEST TO CONTINUE HEARING**<br><br>Docket 6 |

On July 21, 2010, Petitioner filed a Petition to Intervene to Quash IRS Third Party Summons.  Dkt. 1.  On October 12, 2010, Respondents filed a motion to dismiss the Petition and for an order to enforce the summons, which is supported by the declaration of Agent Rowland.  Dkt. 3.  Respondents' motion is set for hearing on December 14, 2010.  Under Civil Local Rule 7-3(a), any opposition to Respondents' motion was due within twenty-one days of the hearing date, meaning that Petitioner's response was due by November 23, 2010.  No opposition was received by that date.

On December 2, 2010, Petitioner filed a request to vacate the December 14, 2010 hearing, claiming that he never was served with Respondents' motion papers.  Dkt. 6.  Although Respondents' motion is accompanied by a proof of service, the proof of service is undated and unsigned.  Dkt. 3 at 11.  As such, it is unclear whether Petitioner was, in fact, served by Respondents.  Accordingly,

IT IS HEREBY ORDERED THAT:

1.      Petitioner's request to vacate the December 14, 2010, hearing date on Respondents' motion to dismiss and for summary enforcement is GRANTED.

2.     Respondents shall forthwith re-serve their motion to dismiss and for summary enforcement and any supporting documents on Petitioner at the address listed on his most recent court filing (Dkt. 6), and shall e-file a certificate of service accordingly.

3.     Petitioner shall have until to <u>December 23, 2010</u>, to file and serve his opposition or statement of non-opposition to Respondents' motion to dismiss and for summary enforcement.  The Court will not consider any papers submitted by Petitioner after that date.  FAILURE TO TIMELY FILE AN OPPOSITION WILL BE DEEMED TO BE A CONSENT TO THE GRANTING OF RESPONDENTS' MOTION.

4.     In the event Petitioner files an opposition, Respondents shall have until January 7, 2011, to file their reply.

5.     The hearing on Respondents' motion to dismiss and for summary enforcement is CONTINUED from December 14, 2010, to <u>February 8, 2011, at 1:00 p.m.</u>  The Court may resolve the motion without oral argument.  <u>See</u> Fed.R.Civ.P. 78(b); Civ. L.R. 7-1(b).  The parties are advised to check the Court's website to determine whether an appearance on the motion is required.

IT IS SO ORDERED.

Dated:  December 7, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA


RONALD MAZZAFERRO,

       Plaintiff,

  v.

UNITED STATES OF AMERICA et al,

       Defendant.
_____/

Case Number: CV10-80186 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Ronald  Mazzaferro
P.O. Box 536
El Verano,  CA 95433

Dated: December 7, 2010

                Richard W. Wieking, Clerk

                  By: LISA R CLARK, Deputy Clerk